Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Duc** | | **Tran** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lynn** | | **Mai** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Louisiana**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106D

### Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | |
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 | | |

Debtor 1 **Duc** **Tran**
Debtor 2 **Lynn** **Mai**
　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

### 2.1 Capital One Auto Finance
Creditor's Name

PO Box 259407
Number　　　Street

Plano, TX 75025
City　　　State　　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
8/2018

**Describe the property that secures the claim:**
2019 Jeep Cherokee

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 4 4 4 9

Amount: $32,428.00　Value: $28,000.00　Unsecured: $4,428.00

### 2.2 Mr. Cooper
Creditor's Name

8950 Cypress Waters Blvd
Number　　　Street

Coppell, TX 75019
City　　　State　　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
6/2010

**Describe the property that secures the claim:**
Debtors' principal residence; value decreasing
3629 Ridgelake Dr. Unit 15 Metairie, LA 70002

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 2 6 6 4

Amount: $116,442.00　Value: $110,000.00　Unsecured: $6,442.00

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $148,870.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $148,870.00