**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Duc Tran** | Social Security number or ITIN **xxx–xx–2335** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lynn Mai** | Social Security number or ITIN **xxx–xx–8530** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter **7  12/6/18** |
| Case number: | **18–13243 Section A Office Code: 2** | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Duc Tran | Lynn Mai |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3629 Ridgelake Dr. Unit 15<br>Metairie, LA 70002 | 3629 Ridgelake Dr. Unit 15<br>Metairie, LA 70002 |
| 4. | **Debtor's attorney**<br>Name and address | Rachel Thyre Anderson<br>428 W. 21st Ave.<br>Covington, LA 70433 | Contact phone (985) 377–9271<br>Email: rachel@rachelandersonlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Wilbur J. (Bill) Babin Jr.<br>3027 Ridgelake Drive<br>Metairie, LA 70002 | Contact phone (504) 833–8668<br>Email: trusteebabin@wjbabin.com ––> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 12/6/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 3, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location:<br><br>**F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.<br>**NOTICE: FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/4/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Duc Tran  
Lynn Mai  
    Debtors

Case No. 18-13243-EWM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2018  
                       Form ID: 309A     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.

```
db/db      +Duc Tran,    Lynn Mai,   3629 Ridgelake Dr. Unit 15,   Metairie, LA 70002-1747
smg        +Collector of Revenue,    City of New Orleans,   Department of Finance,
             1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg         Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
             Baton Rouge, LA  70896-6658
smg         U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
             New Orleans, LA  70130-7212
3682313    +Bay Medical Center,    2903 Martin Luther King Jr Blvd,    Panama City, FL 32405-5013
3682315    +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
3682319    +Dept of Ed/Navient,    123 Justison St 3rd Floor,    Wilmington, DE 19801-5360
3682321    +East Jefferson Gen Hosp,    PO Box 919126,    Dallas, TX 75391-9126
3682322     La Maison de la Bonne Vie HOA,    3725 Ridgelake Drive,    Metairie, LA 70002
3682324    +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
3682325    +Southern Credit Recovery,    3228 6th St #201,    Metairie, LA 70002-1677
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: rachel@rachelandersonlaw.com Dec 07 2018 19:51:43     Rachel Thyre Anderson,
             428 W. 21st Ave.,    Covington, LA  70433
tr         +EDI: BWJBABINJR.COM Dec 08 2018 00:54:00      Wilbur J. (Bill) Babin, Jr.,
             3027 Ridgelake Drive,    Metairie, LA 70002-4924
smg        +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 07 2018 19:52:02      Louisiana Workforce Commission,
             UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
             Baton Rouge, LA 70802-3338
ust        +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Dec 07 2018 19:51:52      Office of the U.S. Trustee,
             400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3682314    +E-mail/Text: bankruptcyfilings@campusfederal.org Dec 07 2018 19:51:47
             Campus Federal Credit Union,    PO Box 98036,    Baton Rouge, LA 70898-9036
3682316    +EDI: CAPITALONE.COM Dec 08 2018 00:54:00      Capital One NA,    10700 Capital One Way,
             Richmond, VA 23060-9243
3682317    +EDI: CHASE.COM Dec 08 2018 00:53:00      Chase Bank USA,    PO Box 15298,
             Wilmington, DE 19850-5298
3682318    +E-mail/Text: CCICollectionsGlobalForms@cox.com Dec 07 2018 19:52:08      Cox Communications,
             PO Box 9001079,    Louisville, KY 40290-1079
3682320    +EDI: TSYS2.COM Dec 08 2018 00:53:00       DSNB/Macys,    PO Box 8218,    Mason, OH 45040-8218
3682323    +EDI: PARALONMEDCREDT Dec 08 2018 00:54:00      Medicredit,    PO Box 1629,
             Maryland Heights, MO 63043-0629
3682326    +EDI: RMSC.COM Dec 08 2018 00:54:00      SYNCB/Care Credit,    PO Box 965036,
             Orlando, FL 32896-5036
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:  
NONE.                                                                                                                                                                                                                                            TOTAL: 0