**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341 MEETING**
**DATE 01/03/19 09:00am**

In re: TRAN, DUC
MAI, LYNN

Case No. 18-13243 EWM
SECTION A

**APPEARANCES:**

(✓) DEBTOR 1
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

(✓) DEBTOR 2 (Wife in Joint Cases)
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for _____2017_____ (years) on __12/9/18__
Financial Documents were (✓) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR(S) REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): _____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, debtor has completed pro se form?
THE MEETING OF CREDITORS WAS:
    (✓) HELD
        or
    ( ) NOT HELD
        or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
        2019 AT _____ O'CLOCK _____ .M.

YES (✓) NO ( ) Has attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?

CREDITOR(S) _____
_____

**DEBTOR(S) REQUIRED TO:**

( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.

( ) OTHER: _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
Non-exempt household furnishings, ~~3629 Ridgelake Drive, Unit 15, Metairie, Louisiana~~, 2005 Dodge Ram, 2019 Jeep Cherokee, 2 basic bicycles, ~~Funds on Deposit of $9.66~~ Wedding bands + miscellaneous costume jewelry.

ADDITIONAL NOTES: _____
_____

DATED: __01/03/19__

TRUSTEE __Bill Behm__

TRACK # __1409__