IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| IN THE MATTER OF:<br><br>TRAN, DUC<br>MAI, LYNN<br><br>D E B T O R (S) | NO. 18-13243<br><br>SECTION A<br><br><br>CHAPTER 7 |
|---|---|

### TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

TO THE HONORABLE, THE JUDGES IN BANKRUPTCY FOR SAID DISTRICT:

The petition of the undersigned Trustee of the estate of the above-named Debtor(s), with respect represents:

On the grounds that there is no equity in the hereinafter described property for the estate of the above named debtor(s) over and above such mortgage and/or other liens as may affect the said property and such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

The undersigned Trustee (in his official capacity under Federal Law) as representative of the estate of the Debtor(s), does by these presents, subject to the approval of this Court (which approval is hereby prayed for), disclaim and abandon all such right, title and interest of the said Debtor(s)'s estate in and to the following described property:

- **Non-Exempt Household Goods and Furnishings, as being unworthy of administration;**
- **2005 Dodge Ram, as being exempt; and otherwise, as being unworthy of administration;**
- **2019 Jeep Cherokee, as being encumbered in excess of its value;**
- **2 basic bicycles, as being unworthy of administration, and**
- **Miscellaneous costume jewelry, as being unworthy of administration.**

Date:   January 8, 2019         *S/Wilbur J. "Bill" Babin, Jr.*
                                WILBUR J. "BILL" BABIN, JR., TRUSTEE
                                3027 Ridgelake Drive
                                Metairie, LA 70002
                                Telephone: 837-1230